

LOCKE LORD, LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
Telephone: (212) 415-8509
Donald E. Frechette, Esq.
Casey Howard, Esq.
Shalom Jacob, Esq.
Alan H. Katz, Esq.
*Attorneys for RS Old Mills RD, LLC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUFFERN PARTNERS LLC, | Case No. 7:21-cv-06092 |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT OF RS OLD MILLS RD, LLC**

Pursuant to the requirements of Rule 7.1 of the Federal Rules of Civil Procedure, RS Old Mills RD, LLC states that there are no entities to report under Rule 7.1.

Dated: July 21, 2021
New York, New York

*/s/ Alan H. Katz*
Donald E. Frechette
Casey Howard
Shalom Jacob
Alan H. Katz
LOCKE LORD, LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
Telephone: (212) 415-8509
Facsimile: (212) 812-8380
donald.frechette@lockelord.com
choward@lockelord.com
sjacob@lockelord.com
akatz@lockelord.com

93697737v.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of July, 2021, a true and correct copy of the foregoing was sent by ECF Noticing to all parties receiving ECF Notices in this case.

                                                            s/ *Alan H. Katz*

93697737v.1